**UNITED STATES DISTRICT COURT**

**Yonathan Hernandez, et al,**
            Plaintiff(s),
        VS.                                                CASE NO:   **3:20-cv-628**
**Franco American Baking Company,**
            Defendant(s),


DECLARATION OF SERVICE


ss.:

**Michelle Renea Harris**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **SUMMONS; FIRST AMENDED COMPLAINT AND JURY DEMAND** On 11/18/2020 and served the same on 11/30/2020 at 2:50 PM by delivery and leaving a copy with:

By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with **Tim Grant** whose title is **Owner.**

Served on behalf of **FRANCO AMERICAN BAKING COMPANY**

 Service Address: **JACK GANT - FRANCO AMERICAN BAKING COMPANY - 1525 Glendale Ave , Sparks, NV 89431-5903**

    **A description of Tim Grant is as follows**

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|--------|-------------------|------|-----|--------|--------|
| Male | Caucasian | Gray/White | 51 - 55 | 5'7 - 6'0 | 161-180 Lbs |

Server Report: Tim Grant owner accepted documents.

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

STATE OF NEVADA
COUNTY OF Clark

Executed on: 11/30/2020
by Michelle Renea Harris
Registration: R-2019-09792

No notary is required per NRS 53.045

X _____
Michelle Renea Harris
Registration: R-2019-09792
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com