UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YONATHAN HERNANDEZ & CUTBERTO CARRASCO-GONZALEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>FRANCO AMERICAN BAKING COMPANY,<br><br>    Defendant. | Case No. 3:20-cv-00628-LRH-WGC<br><br>**ORDER OF DISMISSAL** |

Plaintiff YONATHAN HERNANDEZ and Defendant FRANCO AMERICAN BAKING COMPANY hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims and causes of action, pursuant to the terms and conditions set forth in that Confidential Settlement Agreement and General Release of All Claims previously executed by both parties.

//
//
//
//
//
//
//
//

1  Each party to bear its own attorneys' fees and costs.

2

3  DATED: July 21, 2022.                GUILD, GALLAGHER & FULLER, LTD.

4
                                        By: _____
5                                           J. Kenneth Creighton, Esq.
                                            Nevada State Bar No. 2828
6                                           Patrick H. Gallagher, Esq.
                                            Nevada State Bar No. 14875
7                                           100 West Liberty Street, Suite 800
                                            P.O. Box 2838
8                                           Reno, Nevada 89505

9                                           *Attorneys for*
                                            *Defendant FRANCO AMERICAN*
10                                          *BAKING COMPANY*

11

12

13
   DATED: July 21, 2022.                LAW OFFICES OF MARK MAUSERT
14

15                                      By: _____
                                            Mark Mausert, Esq.
16                                          Nevada State Bar No. 2398
                                            Sean McDowell, Esq.
17                                          Nevada State Bar No. 15962
                                            729 Evans Avenue
18                                          Reno, Nevada 89512

19                                          *Attorneys for*
                                            *Plaintiff YONATHAN HERNANDEZ*
20

21

22

23

24

25

26

27

28

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs, as to all claims and causes of action, pursuant to the terms and conditions of that settlement agreement entered into by and between the parties. The Clerk is directed to close the file.

DATED: July 25, 2022.

HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE